UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

GILBERT MOYE

    vs.                                    Case No. 9:14-CV-1060 DNH/DJS

JAMES OAKMAN, ET AL.

## ORDER FOR TELEPHONE CONFERENCE

The Court hereby ORDERS the arrangement and participation of:

1. Name of detainee:                **GILBERT MOYE**

2. Prisoner ID #:                  06-B-3137

3. Detained by:                    Attica Correctional Facility
                                        639 Exchange Street
                                        Attica, New York 14011-0149

4. Detainee is:           (A)   (X)   Plaintiff in a Civil Action

                          (B)   (  )   A witness not otherwise available by the ordinary process of the Court

**5. Participation of Inmate Gilbert Moye (06-A-3137) is hereby ORDERED on Tuesday, February 14, 2017 at 9:30 a.m. for a telephone conference to be conducted by Magistrate Judge Daniel J. Stewart. The Court will initiate the conference call.**

**SO ORDERED,**

Date:  January 25, 2017

                                                      Daniel J. Stewart
                                                      U.S. Magistrate Judge

cc:   Gilbert Moye, via U.S. Postal Service
      Attica Correctional Facility, via Emial
      Kyle W. Sturgess, AAG., via CM/ECF